UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 21-45300

MAHMOUD TALAL OTHMAN,                            Chapter 13

             Debtor.                             Judge Thomas J. Tucker
_____ /

### ORDER DISMISSING CASE

On June 21, 2021, the Debtor filed a voluntary petition for relief under Chapter 13, commencing this case, and also filed, among other documents, a "Certificate of Counseling" (Docket # 5), which states that on December 21, 2020, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That provision provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

The Debtor did not receive the required credit counseling briefing *during the 180-day period ending on the date of the filing of his petition*. In this case, the "180-day period ending on" the petition date of June 21, 2021 began on Wednesday, December 23, 2020. The Debtor received the credit counseling briefing on December 21, 2020, *before* the 180-day period began.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on July 7, 2021**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**